IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
               Plaintiff,        )         8:06CR214
                                 )
     v.                          )
                                 )
JOSE A. RAMIREZ SOLANO,          )         ORDER
                                 )
               Defendant.        )
_____)
```

This matter is before the Court on defendant's motion for continuance (Filing No. 54). Subject to the filing of a written waiver of speedy trial, said motion will be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; trial of this matter is rescheduled for:

**Monday, November 6, 2006, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. This is the earliest trial date available on the Court's calendar, and it should give counsel adequate time for trial preparation. Thus, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between September 18, 2006, and November 6, 2006,

shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 20th day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court