IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )        8:06CR214
                               )
       v.                      )
                               )
JOSE A. RAMIREZ SOLANO,        )        ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion for continuance (Filing No. 56). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; trial of this matter is rescheduled for:

**Monday, November 13, 2006, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. This continuance is to accommodate defense counsel's trial schedule in Judge Bataillon's Court. Thus, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between November 6, 2006, and November 13, 2006, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 20th day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court