IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         8:06CR214
                               )
      v.                       )
                               )
JOSE A. RAMIREZ SOLANO,        )         ORDER
                               )
              Defendant.       )
_____)
```

IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Monday, November 13, 2006, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 8th day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
   LYLE E. STROM, Senior Judge
   United States District Court