IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )          8:06CR214
                              )
       v.                     )
                              )
JOSE RAMIREZ-SOLANO,          )          ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on defendant's notice of appeal (Filing No. 96). The Court notes no appeal fee was received, nor has defendant submitted a motion to proceed *in forma pauperis* with an accompanying affidavit and a copy of his inmate trust account statement. Accordingly,

IT IS ORDERED:

1) Defendant's notice of appeal will be held in abeyance until defendant either pays the $455 filing fee for an appeal, or submits a motion to proceed *in forma pauperis* with an accompanying affidavit and a copy of his inmate trust account statement.

2) Defendant's motion for appointment of counsel is denied without prejudice to being renewed with the United States Court of Appeals for the Eighth Circuit.

DATED this 20th day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
 LYLE E. STROM, Senior Judge
 United States District Court