IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR214 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE RAMIREZ-SOLANO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to proceed on appeal *in forma pauperis* (Filing No. 100). The Court previously ordered defendant to pay the appeal fee or to submit an affidavit and a copy of his inmate trust account statement before said request would be granted. Accordingly,

IT IS ORDERED that defendant shall have until April 6, 2007, to pay the $455 filing fee for an appeal or to submit an affidavit and a copy of his inmate trust account statement for review by this Court.

DATED this 6th day of March, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court