IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
           Plaintiff,          )       8:06CR214
                               )
       v.                      )
                               )
JOSE RAMIREZ-SOLANO,           )       ORDER
                               )
           Defendant.          )
_____)
```

This matter is before the Court on defendant's motion to proceed on appeal *in forma pauperis* (Filing No. 100). The Court previously ordered defendant to pay the appeal fee or to submit an affidavit and a copy of his inmate trust account statement before said request would be granted (Filing Nos. 99 and 101). Defendant has failed to comply. Accordingly,

IT IS ORDERED that defendant's motion for leave to proceed on appeal *in forma pauperis* is denied.

DATED this 16th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court